THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 Blue Oak Lane
Clayton, CA 94517
TELEPHONE (925) 672-8452
E-MAIL   t_stew_3@yahoo.com
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL FERNANDES,

       Plaintiff,

v.

KAY WIGHTMAN, et al.,

       Defendants.

_____/

Case No.  CV 14-364 EDL

STIPULATION OF DISMISSAL; ORDER

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth.  The parties request the Court to retain jurisdiction for 30 months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

CV 14-364 EDL                1

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for 30 months after the date hereof.

Date:   July 26, 2014                          Date: July 26, 2014


S/Roni Rotholz                                 S/Thomas N. Stewart, III,
Attorney for Hossein Mirmotalebisohi,          Attorney for Plaintiff
erroneously spelled in the Amended
Complaint as "Hossein Mirmotleohi"
and "Hossein Mirmotalebi"


IT IS SO ORDERED:


Date:  July 29, 2014

Judge/Magistrate